UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 11-323 |
| VS. | : | JUDGE MINALDI |
| JORDAN HAWK JOHN | : | MAGISTRATE JUDGE KAY |

REPORT AND RECOMMENDATION ON FELONY
GUILTY PLEA BEFORE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge on January 19, 2012, at which time the defendant expressed a desire to waive his right to plead guilty before a District Judge and enter into a plea before the U. S. Magistrate Judge.  Defendant indicated on the record his desire to consent to proceed before the undersigned and executed a waiver as well. Defendant was at all times represented by retained counsel Glen D. Vamvoras.  Defendant further indicated on the record a waiver of his right to have the matter heard by a Grand Jury and consented to proceed based upon the Bill of Information filed by the government.

After said hearing and for reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, that his guilty plea to the sole count set forth in the Bill of Information is fully supported by the written factual basis acknowledged by defendant orally in court and by his signature on the written document. This factual basis supports each essential element of the offense to which the defendant pled.  A

transcript of the proceeding is attached hereto for the court's consideration of this Report and Recommendation.

Therefore the undersigned United States Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant Jordan Hawk John and that Jordan Hawk John be finally adjudged guilty of the offense charged in the Bill of Information.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and FED. R. CIV. P. RULE 72(b), the parties have fourteen (14) days from service of this Report and Recommendation to file specific, written objections with the Clerk of Court.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing.  Timely objections will be considered by the District Judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) DAYS FROM THE DATE OF TIS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE this 30th day of January, 2012.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE