RECEIVED
IN LAKE CHARLES, LA.

MAR -5 2012

TONY R. MOORE, CLERK
BY_____
          DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 11-00323 |
| VERSUS | * | JUDGE MINALDI |
| JORDAN HAWK JOHN | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Jordan Hawk John, and adjudicates him guilty of the offense charged against him in Count One of the Bill of Information.

Lake Charles, Louisiana this __1__ day of March 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE